## Edward H. S. Martin, Appellant, v. Frank E. Svoboda, Appellee.

### Gen. No. 44,321. 

opinion
filed May 4, 1948; rehearing denied November 9, 1948; released for publication November 9, 1948. Edward H. S. Martin, *pro se;* Jesse H. Brown and Fisk & Kart, for appellee; Jesse H. Brown, of counsel. Opinion by JUSTICE SULLIVAN. Not to be published in full.

## Joe Katz and Leo Katz, Appellees, v. Henrietta Lillian Goldberg and Samuel Goldberg, Appellants.

### Gen. No. 10,254. 

opinion filed October 25, 1948; released for publication November 12, 1948. B. Jay Knight, Frederick H. Haye and Thomas A. Keegan, for appellants; John H. Page, for appellees. Opinion by JUSTICE BRISTOW. **Not to be published in full.**

People of State of Illinois, Defendant in Error, v. Charles A. Helffrich, Plaintiff in Error.

Gen. No. 10,317.

opinion filed October 25, 1948; released for publication November 12, 1948. John H. Armstrong, Ernest H. Pool and 'Robert Carr, for plaintiff in error; Kevin D. Kelly, for defendant in error. PER CURIAM. **Not to be published in full.**